**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

WANDA TATE-LINTON                       :
                                        :          CIVIL ACTION
v.                                      :
                                        :          NO. 14-4084
NEW JERSEY TRANSIT RAIL OPERATIONS, INC. :
and JAMES HOLLINGER                     :

## ORDER

AND NOW, this 21st day of April, 2015, after consideration of the pleadings and for the reasons stated in the attached memorandum of today's date, it is **ORDERED** that this action is **TRANSFERRED** to the United States District Court for the District of New Jersey, where it could have been filed, in the interest of the administration of justice pursuant to 28 U.S.C. § 1404(a).  The Clerk of Court is directed to send a copy of this Order, together with the record in this action, to the Clerk of Court for the District of New Jersey **FORTHWITH**.

*/s/ Norma L. Shapiro*

J.